# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1061
_____

JAMES SIMMONS,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Proceedings.

June 27, 2025

PER CURIAM.

   DISMISSED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Simmons, pro se, Petitioner.

No appearance for Respondent.